IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 3:11-00388 |
| ) | Chief Judge Haynes |
| v. ) | |
| ) | |
| 2005 HARLEY DAVIDSON ROAD ) | |
| KING Motorcycle Bearing VIN ) | |
| 1HD1FXV185Y677771, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| BART S. POSEY, ) | |
| ) | |
| Claimant. ) | |

ORDER

This action was **CONSOLIDATED** with civil action 3:11-cv-0090 (Docket Entry No. 9). The related civil action 3:11-cv-0090 has been closed. Id. at Docket Entry No. 103.

Accordingly, this action is **ADMINISTRATIVELY CLOSED**, but may be reopened upon motion of any party.

It is so **ORDERED**.

ENTERED this the 26th day of February, 2014.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court